In the Matter of PAUL J. HINES, Appellant, against PATRICK WALSH, as Fire Commissioner of the City of New York, Respondent.

UNTERMYER, J. (dissenting). The sanity of the petitioner at the time the charges were served at his residence, upon which depends the validity of the service, cannot be decided without a trial, upon these conflicting affidavits.

The order should accordingly be modified by directing a trial of the issues herein.

Martin, P. J., Townley, Glennon and Dore, JJ., concur in decision; Untermyer, J., dissents in opinion.

Order affirmed, with $20 costs and disbursements. No opinion.

ROBERT BURKHARDT, Respondent, *v.* A. & H. KARSTEN, INC., et al., Appellants.

CALLAHAN, J. (dissenting in part). There was no credible evidence that plaintiff was employed by the corporate defendant on the day of the accident, and any finding that he was employed by Schroeder on the truck on that date with the knowledge or consent of the corporate defendant was clearly against the weight of evidence.

In view of the lack of proof of employment, it was prejudicial error to receive evidence concerning the failure of the corporate defendant to procure workmen's compensation insurance for plaintiff, and then submit the case to the jury on the theory of common-law negligence.

The judgment should be affirmed as to the defendant Schroeder, with costs, and reversed as to the corporate defendant, the action severed and a new trial ordered as to said defendant, with costs to said defendant to abide the event.

Glennon, Untermyer and Cohn, JJ., concur in decision; Callahan, J., dissents in part in opinion in which Martin, P. J., concurs.

Judgment affirmed, with costs. No opinion.

ABELARDO CORSI, Appellant, v. ALBERT O. JENKINS et al., Respondents.— Orders unanimously affirmed, each with $10 costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See *post,* p. 842.]